IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
CIVIL DIVISION

SHARON LEA MANNING WAID,

    Plaintiff,

Vs.                    CIVIL ACTION NO. CV-05-2185

REJEANA V. FREEMAN, an individual.
BUDGET RENTAL CAR, Inc.
A business entity whose status will be
Added by amendment when ascertained,
Defendant No 2, the business entity who owns Budget
Rental Car, Inc. A business entity whose status
will be added by amendment
When ascertained and Defendant No 3 whether
singular or plural hereby intending
to designate the driver of the vehicle
who negligence/wantonness injured
the Plaintiff and No. 4, whether
singular or plural, Plaintiff hereby
intending to designate the owner
of the motor vehicle in which the Defendant
was driving at the time her
negligently/wantonness injured the
Plaintiff. (Plaintiff avers that said the identifies
of said fictitious parties Defendant are unknown
to the Plaintiff at this time but whose true
names will substituted by amendment when ascertained.)

    Defendants.

## Complaint

### PARTIES

1. Plaintiff, Sharon Lea Manning Waid, (known at the time of the car wreck as Sharon Lea Manning) who is over the age of Twenty One years and who at the time of this car wreck was a residence of the State of Alabama residing at 1617 Queen Elizabeth Court, Montgomery, Alabama 36117, at the time of this car wreck.

2. Defendant, Rejeana V. Freeman, at the time of this car wreck gave her address as a non-resident of the State of Alabama who gave her address as USAF-Luke Air Force

1

Base in Arizona but may also have been residing in Arizona at 1628 Mohave, Glendale, Arizona 85307.

3. Defendant, Budget Rent a Car, Inc., is a foreign Corporation licensed to do business in the State of Alabama with business located to wit: in the City of Montgomery at 3470 Selma Highway, Montgomery, Alabama 36108.

4. Defendant No. 2 who is the rightful owner of Budget Rent A Car, Inc. is a foreign Corporation licensed to do business in the State of Alabama whom the Plaintiff avers was operating the business located in the City of Montgomery at 3470 Selma Highway, Montgomery, Alabama 36108.

5. Defendant no. 3 is the true name and identify of the person who was negligently/wantonly driving the motor vehicle which struck the Plaintiff whose true identify will be substituted by amendment when ascertain.

6. Defendant no. 4 is the true name and business entity who owned the motor vehicle which was being negligently/wantonly driven at the time by Defendant Miller and which said motor vehicle struck the motor vehicle being driven by the Plaintiff and whose identify will be substituted by amendment when ascertain.

## JURISDICTIONAL AMOUNT

7. That for purposes of jurisdictional amount in this cause the demand from all claims, including costs and interest from all Defendants is one total amount of not more than Fifty Thousand Dollars ($50,000.00).

## COUNT 1

## NEGLIGENCE/WANTONESS

8. The Plaintiff adopts and incorporates herein paragraphs number 1, 2, 3, 4, 5 and 6 as if fully set out herein.

2

9. On or about the 26th day of August, 2003, Defendant, Rejeana V. Freeman, was operating a motor vehicle owned by Defendant, Budget Rent A Car, upon a public highway at on Carmichael Road at between Carmichael Road and Trinity Boulevard, in Montgomery, Alabama, Montgomery County, Alabama, when Defendant negligently/wantonly caused or allowed her motor vehicle to collide with a motor vehicle owned by the Plaintiff.

10. As a proximate result of the Defendant's said negligence/wantonness, the Plaintiff was caused to suffer injuries to her person forin that she was bruised, jerked around, suffered injuries to her upper body and emotional distress. She was further caused to suffer injuries to her neck, back, shoulder and legs. She further suffered pain and suffering and was caused to have medical expenses both of which she is still suffering from and having expenses thereof.

**WHEREFORE THE PREMISES CONSIDERED** Plaintiff demands judgement against the Defendant in a reasonable sum for compensatory damages and punitive damages, interest and costs that is meet and proper under the premises herein.

## COUNT 11

## NEGLIGENT ENTRUSTMENT

11. The Plaintiff adopts and incorporates herein paragraph number 1, 2, 3, 4, 5 and 6 as if same is fully set out herein.

12. That the Defendant, Budget Rent A Car, Inc. Fictitious Defendants numbers 1, 2, 3 and 4 (whose identities will added by amendment when ascertained) negligently entrusted a motor vehicle to Defendant, Rejeana V. Freeman, on to wit: August 26, 2005 with knowledge of her propensity for negligent in driving a motor vehicle without an

investigation of the propensity of Defendant, Rejeana V. Freeman, for negligent operation of a motor vehicle.

13. As a proximate consequences of The negligent Budget Rent A Car, Inc. and Fictitious Defendants number 1, 2, 3 and 4 negligent entrustment of the motor vehicle to Defendant, Rejeana V. Freeman, the motor vehicle was negligently driven by Defendant Rejeanna V. Freeman so as to run said motor vehicle into, upon and against the motor vehicle being lawfully driven by the Plaintiff so as to cause grievous injuries to Plaintiff's body, pain and suffering and to suffer continuing medical expenses for her personal injuries.

**WHEREFORE THE PREMISES CONSIDERED** the Plaintiff demands of the Defendants ReJeana V. Freeman, Budget Rent A. Car, Inc. and fictitious Defendants Number 1, 2, 3 and 4 (Whose identifies will be added by amendment when ascertained) a sum of monies reasonable under the circumstances that is meet and proper under the premises herein.

Plaintiff demands from the Defendants one total sum for damages in all counts.

TOM PAYNE PAY004
ATTORNEY FOR THE PLAINTIFF
305 SOUTH LAWRENCE STREET
MONTGOMERY, ALABAMA 36104
269-1791

**Please serve the Defendant:**
Rejeana V. Freeman, USAF, Luke Air Force, Arizona or 1628 Mohave, Glendale, Arizona 85307
Budget Rent A Car, 3485 Selma Highway, Montgomery, Alabama 36108

4

| State of Alabama Unified Judicial System | **COVER SHEET** | Case Number |
|---|---|---|
| Form ARCivP-93 Rev. 5/99 | CIRCUIT COURT - CIVIL CASE (Not for Domestic Relations Cases) | C V 0 5 ☐ ☐ ☐ ☐ ☐ ☐ |

Date of Filing: 0 8 ☐ ☐ 2 0 0 5
Month / Day / Year

Judge Code: ☐ ☐ ☐ ☐ ☐

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF **MONTGOMERY**, ALABAMA
(Name of County)

**SHARON LEA MANNING WAID**  v.  **REJEANA V. FREEMAN, ETC. AL.**
Plaintiff                           Defendant

First Plaintiff: ☐ Business  [X] Individual  ☐ Government  ☐ Other
First Defendant: ☐ Business  [X] Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- [X] TOMV - Negligence: Motor Vehicle
- [X] TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice - Medical
- ☐ TOLM - Malpractice - Legal
- ☐ TOOM - Malpractice - Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PROPERTY INJURY**
- ☐ TOPE - Personal Injury
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgement/Injunction Election Contest/Quiet Title/Sale for Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection from Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Worker's Compensation
- ☐ CVXX - Miscellaneous Circuit

**DEFENDANT'S EXHIBIT**
CASE NO. _____
EXHIBIT NO. 1

**ORIGIN** (check one):
F [X] INITIAL FILING
R ☐ REMANDED
A ☐ APPEAL FROM DISTRICT COURT
T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT
O ☐ OTHER:

HAS JURY TRIAL BEEN DEMANDED?  ☐ YES  [X] NO
NOTE: Checking "Yes" does not constitute a demand for a jury trial. (See Rule 38 and 39, Ala.R.Civ.P. for procedure)

RELIEF REQUESTED:  [X] MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: P A Y 0 0 4

DATE _____   Signature of Attorney/Party filing this form _____  PAY004

MEDIATION REQUESTED:  ☐ YES  ☐ NO  [X] UNDECIDED

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev 6/88 | **SUMMONS**<br>**-CIVIL-** | Case Number<br>CV-05-218 |
|---|---|---|

IN THE _____CIRCUIT_____ COURT OF _____MONTGOMERY_____ COUN[TY]

Plaintiff __SHARON LEA MANNING WAID__ v. Defendant __REJEANA V. FREEMAN, ET.__

NOTICE TO __Rejeana V. Freeman, 1628 Mohava, Glendale, Arizona 85307__

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTI[ON] TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITT[EN] ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COU[RT]. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINT[IFF] OR PLAINTIFF'S ATTORNEY __Tom Payne__ WHOS[E] ADDRESS IS __305 South Lawrence Street, Montgomery, Alabama 36104__

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND COMPLAI[NT] WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY [OR] OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this acti[on] upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request __the Plaintiff__ pursuant to the Alabama Rules of Civil Procedure.

Date __9/1/05__   _[signature]_ Clerk/Register

☒ Certified Mail is hereby requested.   _[signature]_ Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received i[n]

☐ I certify that I personally delivered a copy

Alabama on _____(Date)_____

Date _____

Address of Server _____

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: MS REJEANA V. FREEMAN
Street, Apt. No.; or PO Box No. 1628 MOHAVA
City, State, ZIP+4 GLENDALE ARIZONA 85307

| State of Alabama<br>Unified Judicial System | **SUMMONS**<br>**-CIVIL-** | Case Number<br>CV-05-218 |
|---|---|---|
| Form C-34   Rev 6/88 | | |

IN THE ___CIRCUIT___ COURT OF ___MONTGOMERY___ COUN[TY]

Plaintiff ___SHARON LEA MANNING WAID___ v. Defendant ___REJEANA V. FREEMAN, et. a[l.]___

NOTICE TO  Ms. Staci Anderson, Manager, Budget Rent A Car, Inc.
~~3485 Selma Highway, Montgomery, Alabama~~

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTI[ON] TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITT[EN] ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COU[RT]. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINT[IFF] OR PLAINTIFF'S ATTORNEY ___Tom Payne___ WHOS[E]
ADDRESS IS ___305 South Lawrence Street, Montgomery, Alabama___

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAI[NT] WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY [OR] OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

[X] You are hereby commanded to serve this summons and a copy of the complaint in this acti[on] upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request _____ pursuant to the Alabama Rules of Civil Procedure[.]

Date ___9/1/05___       ___[signature]___ Clerk/Register

[X] Certified Mail is hereby requested.    ___[signature]___
Plaintiff's/Attorney's Signature

2005 AUG 24 AM 11:[__]

**RETURN ON SERVICE:**

[ ] Return receipt of certified mail rece[ived]

[ ] I certify that I personally delivered a [copy] _____ Alabama on _____ (Date)

Date _____
Address of Server _____

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7005 1160 0004 6820 0884

Sent To  Ms Stacie Anderson, Manager
Street, Apt. No. or PO Box No.  3485 Selma Highway
City, State, ZIP+4  Montgomery ALA 36108

PS Form 3800    See Reverse for Instructions

EWR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jeffery Washington_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_Delivery Washington_  9-2-05 |
| 1. Article Addressed to:<br>Ms. Stacy Anderson<br>Manager<br>Budget Rent A Car, Inc.<br>3485 Selma Highway<br>Montgomery, A | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>CV-2005-2185  SJC D2 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label)  C | 7005 1160 0004 6820 0884  cf PAY004 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

(filed stamp: SEP 2005 FILED Melissa Rittenour Circuit Clerk)

P - Sharon Manning
d - Rejeana Freeman

Honorable Melissa Ritternour
Clerk of the Circuit Court
Civil Division
Montgomery County Courthouse
251 South Lawrence Street
Montgomery, Alabama 36104

**RETURN RECEIPT REQUESTED**

**RESTRICTED DELIVERY**

7005 1160 0004 6820 0891

RESTRICTED DELIVERY

Ms. Rejeana V. Freeman
1628 Mohava
Gleandale, Arizona 85307

Vacant
Attempted Not Known
Insufficient Address
No Such Street
Apt
Forwarding Order Expired
Left No Forward

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Rejeana V. Freeman
1628 Mohava
Glendale, Arizona 85307

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

CV-2005-2185 DI    S+C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label)
7005 1160 0004 6820 0891    PAY 004

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

P - [illegible] Rose Davis
d - Betty Davis
P - Sharon Waid
d - Rejeana Freeman