IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON LEA MANNING WAID, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06cv171-MEF |
| | ) |
| REJEANA V. FREEMAN, et al. | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATION OF SCOPE OF EMPLOYMENT**

I, Leura G. Canary, United States Attorney for the Middle District of Alabama, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in me by 28 C.F.R. § 15.3, hereby certify that I have been apprised of the facts giving rise to this action. On the basis of the information now available to me with respect to the incident referred to therein, I find that defendant, Rejeana V. Freeman, who is a Technical Sergeant in the United States Air Force, was acting within the scope of her employment as a non-commissioned officer of the United States at the time of such incident.

Dated this 23rd day of February, 2006.

*Leura G. Canary*
LEURA G. CANARY
United States Attorney
SJIS #GAR030

DEFENDANT'S EXHIBIT
CASE NO. _____
EXHIBIT NO. 2