IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| SHARON LEA MANNING WAID, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **CV-05-2185** |
| | ) |
| REJEANA V. FREEMAN, et al. | ) |
| | ) |
| Defendants. | ) |



**NOTICE OF FILING REMOVAL**

Ms. Melissa Rittenour
Clerk
Montgomery County Circuit Court
251 South Lawrence Street
Post Office Box 1667
Montgomery, AL  36102-1667

PLEASE TAKE NOTICE that on this 23rd of February, 2006, the United States, on behalf of defendant Rejeana V. Freeman, filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a Notice of Removal and Substitution of the above-styled action to that Court. A copy of that Notice is hereby filed with this Court. This action has been removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d), this honorable Court should proceed no further unless and until the case is remanded.

Respectfully submitted this 23rd day of February, 2006.

                LEURA G. CANARY
                United States Attorney

By: _____
       STEPHEN M. DOYLE
       Chief, Civil Division
       Assistant United States Attorney
       Attorney for Defendant
       Post Office Box 197
       Montgomery, AL  36101-0197
       District of Columbia Bar No. 422474
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail: stephen.doyle@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Filing Removal upon all attorneys of record by mailing each a copy of same, first class, postage prepaid, addressed as follows:

    Tom Payne, Esquire
    305 South Lawrence Street
    Montgomery, AL 36104
    Attorney for Plaintiff

    Richard Corrigan, Esqure
    Post Office Box 7501
    Mobile, AL 36670
    Attorney for Budget Rental Car

Dated this 23rd day of February, 2006.

                _____
                Assistant United States Attorney