IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON LEA MANNING WAID, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **2:06-cv-00171-MEF** |
| | ) |
| REJEANA V. FREEMAN, et al. | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF CAPTAIN LAURA HANSEN

I, Laura L. Hansen, declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my personal knowledge:

1. I am a Captain on active duty in the United States Air Force.

2. I am currently assigned as a Judge Advocate officer in the 42nd Air Base Wing, Maxwell Air Force Base, Alabama.

3. Among my duties and responsibilities is Claims officer.

4. On August 24, 2005, I personally received the SF-95, administrative claim for damage, injury, or death, attached as Exhibit A, from plaintiff's attorney, Tom Payne, at the visitor center of Maxwell, AFB.

5. I wrote the date of receipt on the front of the SF 95 and initialed it LLH. My annotation accurately reflects the date the SF 95 was filed.

Pursuant to 28 U.S.C. § 1746 (2) I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of March, 2006.

*Laura L. Hansen*
Laura L. Hansen
Captain, United States Air Force
42nd ABW, Maxwell AFB, Alabama

# EXHIBIT A
# TO
# DECLARATION OF CAPTAIN LAURA HANSEN

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: United States Air Force Attentions: Claims AU-JA 50 LeMay Plaza Maxwell AFB, Alabama 36113 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Sharon Lea Manning Waid, 1617 Queen Elizabeth Dr., Montgomery, Alabama 36117 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 4/22/65 | 5. MARITAL STATUS S | 6. DATE AND DAY OF ACCIDENT 8/26/03 | 7. TIME (A.M. OR P.M) 1710mt |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

I was lawfully driving my car in Montgomery, Ala., when my car was struck from behind by a car driven by Rejeana V. Freeman USAF causing injuries to my person, including my neck, back and cervical areas. I was diagnosed as having suffered displacement cervical IVD sydrome, cervicalgia, multiple thoracic subluxations, sprain/strain of neck and Lordosis. My medical records indicate that these injuries are recurrent as to pain and stiffness in the cervical areas.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

same as claimant but insurance has paid property damages

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

I did not repair my car and it is located at my above home address.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

displaced cervical IVD sydrome, cervicalgia, multiple thoracic subluxations, sprain/strain of neck and Lordosis. My medical records indicate that I will have recurrent problems with these injuries.

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Cpl. S. R. Gann Badge 158 City of Montgomery Police Dept. *My medical Doctors | 320 North Ripley Street Montgomery, Alabama 36104 |

12. (See instructions on reverse)   AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| Pd for already | $50,000 | n/a | $50,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Sharon Lea Manning Waid | 13b. Phone number of signatory 334-210-3708 | 14. DATE OF CLAIM |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |
|---|---|

95-108   NSN 7540-00-634-4046   STANDARD FORM 95 (Rev. 7-85)
Previous editions not usable   PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Rec'd 24 Aug 05 HQ AU/JAD Maxwell AFB, AL LH

Maxwell AFB 05-583