IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON LEA MANNING WAID, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-171-MEF |
| | ) |
| BUDGET RENTAL CAR, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the government's Motion to Dismiss (Doc. #4) filed on March 27, 2006, it is hereby ORDERED as follows:

1.  The plaintiff shall file a response which shall include a brief and any evidentiary materials on or before April 12, 2006.

2.  The defendant may file a reply brief on or before April 19, 2006.

DONE this the 28th day of March, 2006.

/s/ Mark E. Fuller<br>
CHIEF UNITED STATES DISTRICT JUDGE