# EXHIBIT B

# IN THE CIRCUIT COURT OF
# MONTGOMERY COUNTY, ALABAMA

SHARON LEA MANNING WAID,        )
                                )
        Plaintiff,              )
                                )
v.                              ) Civil Action No.: CV-05-2185
                                )
REJEANA V. FREEMAN, et al.      )
                                )
        Defendants.             )

## NOTICE OF FILING REMOVAL

Ms. Melissa Rittenour
Clerk
Montgomery County Circuit Court
251 South Lawrence Street
Post Office Box 1667
Montgomery, AL  36102-1667

PLEASE TAKE NOTICE that on this 23rd of February, 2006, the United States, on behalf of defendant Rejeana V. Freeman, filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a Notice of Removal and Substitution of the above-styled action to that Court. A copy of that Notice is hereby filed with this Court. This action has been removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d), this honorable Court should proceed no further unless and until the case is remanded.

CC: Richard Corrigan
Tom Payne
Stephen Doyle

3/9/06 Case Dismissed EUR

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON LEA MANNING WAID, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: _____ |
| | ) |
| REJEANA V. FREEMAN, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL & SUBSTITUTION

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 2679 (d) (2) and 42 U.S.C. § 1442a, *Sharon Lea Manning Waid v. Rejeana V. Freeman, et al.*, Case No. CV 2005-2185 (Circuit Court of Montgomery County, Alabama), is hereby removed to this Court, and the United States is substituted as party defendant for Rejeana V. Freeman. In support of this notice, the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully states that:

1. Rejeana V. Freeman is a defendant in *Sharon Lea Manning Waid v. Rejeana V. Freeman, et al.*, Case No. CV 2005-2185 (Circuit Court of Montgomery County, Alabama). The complaint alleges that defendant Rejeana V. Freeman negligently and/or wantonly operated a motor vehicle causing it to collide with a motor vehicle driven by plaintiff Sharon Lea Manning Waid. Copies of all papers filed in the State court are filed with this Notice as Exhibit 1.

Respectfully submitted this 23rd day of February, 2006.

LEURA G. CANARY
United States Attorney

By: /s/ Stephen M. Doyle
STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: stephen.doyle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Filing Removal upon all attorneys of record by mailing each a copy of same, first class, postage prepaid, addressed as follows:

Tom Payne, Esquire
305 South Lawrence Street
Montgomery, AL 36104
Attorney for Plaintiff

Richard Corrigan, Esqure
Post Office Box 7501
Mobile, AL 36670
Attorney for Budget Rental Car

Dated this 23rd day of February, 2006.

/s/
Assistant United States Attorney

Page 2 of 2

in the United States Air Force. The absolute immunity provided by the Westfall Act, 28 U.S.C. § 2679 (d)(2) constitutes a federal defense that provides a basis for removal of this action pursuant to *Mesa v. California*, 489 U.S. 121, 133 (1989).

WHEREFORE, pursuant to 28 U.S.C. § 2679 (d) (2) and 28 U.S.C. § 1442a, *Sharon Lea Manning Waid v. Rejeana V. Freeman, et al.*, Case No. CV 2005-2185 (Circuit Court of Montgomery County, Alabama)(Reese, E.) has been removed to this Court, and the United States has been substituted as party defendant for TSgt. Rejeana V. Freeman.

Respectfully submitted this 23rd day of February, 2006.

LEURA G. CANARY
United States Attorney

By: /s/ Stephen M. Doyle
STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **stephen.doyle@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Removal and Substitution upon all attorneys of record by mailing each a copy of same, first class, postage prepaid, addressed as follows:

>Tom Payne, Esquire
>305 South Lawrence Street
>Montgomery, AL 36104
>Attorney for Plaintiff

>Richard Corrigan, Esquire
>Post Office Box 7501
>Mobile, AL 36670
>Attorney for Budget Rental Car

Dated this 23rd day of February, 2006.

_____
Assistant United States Attorney

4