# EXHIBIT C

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

Sharon Lea Manning Waid,
    Plaintiff(s)

v.           CASE NUMBER CV-2005-2185

Rejeana V. Freeman, Budget Rental Car., Inc.,
    Defendant(s).

## ORDER

    This cause having come before the Court for scheduling, the same having been considered, it is hereby
    ORDERED, ADJUDGED AND DECREED bench trial is set on 4/03/2006 at 9:00 a.m. All motions shall be filed 7 days prior to the trial. All discovery shall be completed 14 days prior to the trial. Witness lists shall be exchanged 21 days prior to the trial. Expert witnesses shall be disclosed 28 days prior to trial. Exhibits shall be exchanged and pre-marked 14 days prior to trial. Objections to Exhibits shall be filed 7 days prior to trial.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Gunter Guy is appointed mediator and said mediation is to be completed within 45 days of this Order. Counsel and parties shall appear together for mediation. Attorneys for insured parties shall have a representative of the insurance company in attendance. The time of mediation shall not be continued except with approval of the Mediator. If a party fails to mediate as required, the Court may impose sanctions pursuant to Rule 37 of the Alabama Rules of Civil Procedure. If the parties cannot agree, the Court will allocate the cost of mediation at the conclusion.

Done this 7 NOV 2005.

\s\ Eugene W. Reese
Circuit Judge

CC:
Tommy Payne

Richard Corrigan

Gunter Guy

Staci Anderson, Manager Budget Rent a Car, Inc