IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHARON LEA MANNING WAID,

    Plaintiff,

VS.                                     CASE NO. 2:06-cv-171-MEF

BUDGET RENTAL CAR, Inc. et. al.

    Defendants.

## PLAINTIFF'S BRIEF AND DOCUMENTS IN SUPPORT OF OBJECTION TO UNITED STATES' MOTION TO DISMISS

    This cause begin with the filing of a Notice of Removal by the United States of America of the Plaintiff's Civil Lawsuit for personal injuries filed on August 26, 2003, in the Circuit Court of Montgomery County, Alabama on February 24, 2006. This removal Motion was based on the averments by the government in accordance of 28 U. S. C. Section 1446 (d) of Defendant, Regina V. Freeman, being a member of the United States Air Force and acting in the line and scope of her duties at the time that the Plaintiff averred that Defendant Freeman negligently drove her car into the back of the Plaintiff car in Montgomery, Alabama proximately causing the Plaintiff to suffer both grievous personal injuries and damages to her car.

    Subsequently based on the averment that the Plaintiff filed a form 95 claim against the United States Air Force on the same date the government filed a Motion to Dismiss based on lack of subject matter jurisdiction and lack of service on the Defendant Freeman. There is a second Defendant in this matter based on a Count 11 averment in the Complaint that the Plaintiff filed against Budget Rent A Car, Inc. which is a negligent entrustment claim and which the government although not alleging any representation per

1

se of Budget Rent A Car, Inc. is attempting to have dismissed. Since the state Statue of Limitation has run on this matter on August 26, 2005, said dismissal without representation and subject matter jurisdiction would be highly prejudicial and fatal to that claim by the Plaintiff. It should be stated that service was perfected on Defendant; Budget Rent A Car, Inc. on September 2, 2005.

The Plaintiff submits that the issues herewith are whether the State Court action that is now the Federal Court Civil action should be dismissed for this Court's lack of subject matter jurisdiction due to the filing of the form 95 claim at the same time as the State Court action on August 24, 2005. Secondly, the government asserts the issue of failure to have service on Defendant Freeman in applicable ruling with the Rules of Federal Procedure.

The Plaintiff submits that she has a state Law right to file an action against a personal for negligently injuring her and against a business entity for negligently breaching its duties and entrusting a vehicle to an unsafe driver who subsequently injures her by her own personal actions. The same is asserted by the Plaintiff for her negligent entrustment action against Defendant Budget Rent A. Car, Inc.

In **Gutierrez de Martinez vs. Lamagno,** 515 U. S. 417, our Supreme Court gave guidelines as to the application of the "Westfall Act" which is the playing field in the instance case. ""Second, when a government official's determinations of a f act or circumstance-for example "scope of employment" is dispositive of a court controversy, federal courts generally do not hold the determination unreviewable. Instead, federal judges traditionally proceed from a the "strong presumption that Congress intends

Honorable Court for a period of approximately one month and a half with the government

judicial review." **Bowen V. Michigan Academy of Family Physicians**, 476 U. S. 667,

6770 (1986)

The Plaintiff avers that the government has submitted neither trustworthy

testamentary evidence nor documentary evidence backing up its claims of an employer-

employee relationship with Defendants Freeman and Budget Rent A Car, Inc. Thus, this

matter on the personal actions of Defendants Freeman and Budget Rent A Car to be

returned to the State Court for resolution and the form 95 claim on the employer-

employee action is to be allowed to exhaust administrative remedies. Aught to say none

of the affiants were present and can not reasonable be deemed to offer any statements of

whether the Defendant Freeman was within the line and scope of her duties at the time

she drove her car into the back of the Plaintiff causing personal injuries. Additionally the

dismissal of the personal action against Defendant, Budget Rent A Car, Inc. would

disarm Plaintiff's rights and cause a demise of that action as the State statue of limitation

run on August 26, 2005.

The Plaintiff avers that the government is attempting to have the service issue

both ways by demanding a dismissal for lack of service. The State court action shows a

service attempt on Defendant Freeman in the State of Arizona in September Of 2005 with

a return "vacant": The government did not insert its position in this matter until months

later on February 24, 2006 via a Removal Motion with a hearsay Certification on Scope

of Employment by the Attorney General. Thus, this matter has been before this

Honorable Court for a period of approximately one month and a half with the government

having now filed a dismissal motion. The Plaintiff submits that the government is

attempting to have it both ways by inserting the Removal Motion and then claiming that

it is exempt from the liability of the Defendant Freeman who drove her car into the back of the car being lawfully driven by the Plaintiff with Defendant Freeman's explanation that "she was looking at buildings." Plaintiff submits that until a review by this Honorable Court on the trustworthy allegations of the Removal of this matter from State Court that the Plaintiff can not reasonable be in a position in proceed with the prosecution of this matter.

The Plaintiff submits that the government's Motion to Dismiss should be denied and the matter restored to the State Court Docket where the matter was headed to mediation by Court Order. The Plaintiff submits that if the government can evidentially and procedurally proved by trustworthy sufficient legal evidence that there is an employer-employee relationship with the Defendant Freeman at the time she negligently drove her car into the back of the Plaintiff's care then in that event the timely filed form 95 against the Air Force should be allowed to proceed through administrative channels to a final solution.

Father the Plaintiff submits that there is the application of **28 U. S. C. 2679 (5)** sets forth the applicable rule in that if the form 95 "**claim would have been timely had it been filed on the date the underlying civil action commenced, and the claim is presented to the appropriate Federal Agency within 60 days after the dismissal of the Civil action**." This cause of action is subsequently different from any personal liabilities that Defendant Freeman has outside any federal protection. The Plaintiff submits that even employee of the Federal government can be liable for their personal action which wrongfully causes injuries to a person.

The Plaintiff submits that the matter of the Defendant, Budget Rent A Car, Inc. is to be remanded to the State Court as the government has made no employer-employee assertion on behalf of that Defendant.

The Plaintiff respectfully prays for an Order Denying the government's Motion to Dismiss on the subject cause.

Respectfully submitted this the 11th day of April 2006.


**TOM PAYNE**
**ATTORNEY FOR PLAINTIFF**

AST-27
REV. 1. 91

**ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT**

166425   Sheet 1 of 1 Sheets   Microfilm No.   DATA PROCESSED   06622

Shaded Areas To Be Used By Data Processing Only   Accident No.

**LOCATION AND TIME**

Date 08 26 2003   Time 1710   AM/PM M   Day of Week M☐ W TH S F SS   County 03   City MONTGOMERY   Rural ☐ / Municipal M   Local Zone 07

Highway Classification: I—Interstate S—State M—Municipal F—Federal C—County P—Private Prop. O—Other

On Street, Road or Highway CARMICHAEL RD   At Between (Node 1) CARMICHAEL CT.   And (Node 2) TRINITY BLVD

Street or Road Code ___ Node Code ___   025.02   Miles Feet (Circle One) From Node 1 or 2

Intersection Related: Node 1 ② Node 2   Mile Post N/A   Control Access: 1—Main Rd 2—Interchange 3—Frontage Rd 4—Entrance Ramp 5—Exit Ramp 6—   Hwy Loc 27

Prime Contr Circum   Prime Contr Unit No   Unit 1 Type   Unit 2 Type

First Harmful Event 20   Event Location 1   Distance to Fixed Object N/A FT.   No. of Vehicles 2   No. Pedestrians 0   No. Injured 0   No. Fatalities 0

**UNIT NO 1** (LEFT SCENE / COM VEH)

Driver's First Name REJEANA V. FREEMAN   Street Address 1628 MOHAVE   City and State GLENDALE AZ   ZIP 85307   Telephone No. 623 535 9784

DOB 01 12 1962   Race B   Sex F   DL State AZ   Driver License No. D 00981070   DL Class   DL Status   Restrictions Not Complied With N   COL Status   List Endorsements   Residence Less Than 25 Miles

Place of Employment USAF - LUKE AIR FORCE BASE - AZ   Liability Insurance Co. BUDGET - SELF   Social Security No. 351 545 215

Driver Condition: No Defect ① Apparently Asleep 3—Fatigued 4—Ill 8—Other 9—Unknown   Sobriety   Officer's Opinion: Alcohol Yes No Unk   Drugs: Yes No Unk   Type Test Given:   No Test   1—Blood Test 2—Breath Test 3—Urine Test 4—Unable to Administer   Refused Test   Test Results N/A

Maneuver 01   Travel Road Name CARMICHAEL RD   Road Code   Travel Direction N S W A-Not on Rd U-Unk   Other Contr Circumstance 92   Prime Harm Event 20   Event Loc 31

Veh Year 2003   Make FORD   Model TAU   Body 4-D   V.I.N. 1FAFP55U03A272048   License Tag Number W46HSH   State FL   Year 2004

Owner's Name BUDGET RENT A CAR   Street or R.F.D. 3470 SELMA HWY   City MONTGOMERY   State AL   ZIP 36108

Type: ① Auto 2—StaWagon 3—Pick Up 4—Van 5—Truck Tractor 6—Other Truck 7—Comm. Bus 8—School Bus 9—Other Bus 10—Motorcycle 11—Moped 12—M. Scooter 13—Pedal Cycle 14—Farm Mach. 15—Train 16—Road Equip. 17—Ridden Animal 18—M. Home (R.V.) 19—ATV 98—Other

Usage: ① Personal 2—Construction 3—Construction 4—Ambulance / Paramedical 5—Military 6—Taxi 7—Transport Prop. 8—Agriculture 9—Wrecker/Tow 10—Police 11—Other Business 98—Other

Hazardous Cargo: ① None 2—Explosive 3—Gas 4—Flam/Combust Liq. 5—Flammable Solids 6—Oxidizer/Peroxide 7—Poison 8—Radioactive Matl. 9—Corrosive Material 98—Other   Oversized Load (Req. Permit) Yes No NA   If Yes, Did Owner Have Permit? Yes No NA   Placard Yes No NA

Attachment: ① None 2—Mobile Home 3—Semi Trailer 4—Utility Trailer 5—4-Wheel Trailer 6—Boat Trailer 7—Camper Trailer 8—Towed Vehicle 9—Tanker 10—Pole Trailer 11—Double Trailer 98—Other

Contributing Defect: ⑨① None 2—Brakes 3—Steering 4—Power Plant 5—Suspension 6—Tires 7—Lights 8—Turn Signal 9—Windows/W. Shield 10—Restraint Sys. 11—Wheels 12—Truck Coupling 13—Fuel System 98—Backing 99—Unknown

Speed Limit 35 MPH   Est. Speed 20 MPH   Citation Offense Charged NONE   Damage Severity 1—None Visible Not Disabled 3—Disabled   Vehicle Towed Away? Yes No   Occupants in Unit 2   Total Injuries in Unit 0

Vehicle Towed By Whom: NA   To Where: NA   Enter Point of Initial Impact 11   Attachment

**UNIT NO 2** (LEFT SCENE / COM VEH / VEHICLE ☐ OR PEDESTRIAN ☒)

Driver/Pedestrian Full Name SHARON LEA MANNING   Street Address 1617 QUEEN ELIZABETH CT.   City and State MONTG. AL   ZIP 36117   Telephone No. 260 3700

DOB 04 22 1965   Race W   Sex F   DL State AL   Driver License No. 4939727   DL Class D   DL Status   Restrictions Not Complied With N   COL Status   List Endorsements   Residence Less Than 25 Miles N

Place of Employment MONTGOMERY ADVERTISER   Liability Insurance Co. GEICO   Social Security No. 416 088 280

Driver/Ped. Condition: No Defect ① Apparently Asleep 3—Fatigued 4—Ill 8—Other 9—Unknown   Sobriety   Officer's Opinion: Alcohol Yes No Unk   Drugs: Yes No Unk   Type Test Given:   No Test   1—Blood Test 2—Breath Test 3—Urine Test 4—Unable to Administer   Refused Test   Test Results NA

Maneuver/Action 19   Travel Road Name CARMICHAEL RD.   Road Code   Travel Direction N S W A-Not on Rd U-Unk   Other Contr Circumstance 99   Prime Harm Event 20   Event Loc

Veh Year 1993   Make INFI   Model J30   Body 4-D   V.I.N. JNKAY21D0PM032345   License Tag Number 3A8325K   State AL   Year 2004

Owner's Name SAME   Street or R.F.D.   City   State   ZIP

Type: ① Auto 2—StaWagon 3—Pick Up 4—Van 5—Truck Tractor 6—Other Truck 7—Comm. Bus 8—School Bus 9—Other Bus 10—Motorcycle 11—Moped 12—M. Scooter 13—Pedal Cycle 14—Farm Mach. 15—Train 16—Road Equip. 17—Ridden Animal 18—M. Home (R.V.) 19—ATV 98—Other

Usage: ① Personal 2—Construction 3—Construction 4—Ambulance / Paramedical 5—Military 6—Taxi 7—Transport Prop. 8—Agriculture 9—Wrecker/Tow 10—Police 11—Other Business 98—Other

Hazardous Cargo: ① None 2—Explosive 3—Gas 4—Flam/Combust Liq. 5—Flammable Solids 6—Oxidizer/Peroxide 7—Poison 8—Radioactive Matl. 9—Corrosive Material 98—Other   Oversized Load (Req. Permit) Yes No NA   If Yes, Did Owner Have Permit? Yes No NA   Placard Yes No NA

Attachment: ① None 2—Mobile Home 3—Semi Trailer 4—Utility Trailer 5—4-Wheel Trailer 6—Boat Trailer 7—Camper Trailer 8—Towed Vehicle 9—Tanker 10—Pole Trailer 11—Double Trailer 98—Other

Contributing Defect: ⑨① None 2—Brakes 3—Steering 4—Power Plant 5—Suspension 6—Tires 7—Lights 8—Turn Signal 9—Windows/W. Shield 10—Restraint Sys. 11—Wheels 12—Truck Coupling 13—Fuel System 98—Backing 99—Unknown

Speed Limit 35 MPH   Est. Speed 000 MPH   Citation Offense Charged No Proof of Ins.   Damage Severity 1—None Visible Not Disabled 3—Disabled   Vehicle Towed Away? Yes No   Occupants in Unit 1   Total Injuries in Unit 0

Vehicle Towed By Whom: NA   To Where: NA   Enter Point of Initial Impact 35   Attachment

**CODES**

Contributing Circumstances:
01 Improper Passing
02 Improper Lane Change Usage
03 Improper Turn/U Turn
04 Following Too Close
05 Misjudge Stopping Dist
06 Over Speed Limit
07 Avoid Object: Person/Veh
08 Unseen Object: Person/Veh
09 Improper Backing
10 Imp Traffic Control
11 Imp Signal
12 Fail to Heed Sign/Signal
13 Improper Driving Environ
14 Road Defect
15 Vision Obstruction
16 Defective Equipment
17 Oversize Load
18 Under Min Speed
19 Improper Load
20 None
21 Improper Attachment
22 Driver Condition
23 Wrong Side of Road
24 Veh. Pushed/Towed by Veh

Driver Maneuver:
25 Veh Pushed by Person
26 Veh Left Road
27 Driver Not in Control
28 Load Shift
31 Parts: Cargo from Veh
32 Ped Violation
40 Ped Not w/ Imp Length
41 Ped Under Influence
42 Change Lane—Right
43 Merge—Left
44 Merge—Right
45 Wrong Side of Road
46 Veh Pushed Towed by Veh
01 Go Straight Ahead
02 Pass on Left
03 Pass on 1-Way Street
04 Pass on Right
05 Go Straight—Left Turn Lane
06 Go Straight—Right Turn Lane
07 Change Lanes—Left
08 Change Lane—Right
09 Merge—Left
10 Merge—Right
11 Wrong Side of Road
12 Wrong Way—1 Way
13 Right Turn
14 Left Turn
15 U-Turn
16 Start from Park
17 Ride or Bike Path
18 Slowing/Stopping
19 Stopped in Traffic
20 Avoid Object in Road
21 Proper Road/Property
60 PedCyc Ride Against Traffic at Rd
62 PedCyc Ride Across Road
63 PedCyc Ride on Bike Path
70 Enter Parked Position
71 Parked—Legally
72 Parked—Illegally
73 Backing
80 Walk in Road
85 Pushed by Pedestrian
99 Unknown

Pedestrian Action:
01 Cross/Enter—Intersection
02 Cross/Enter—Other
03 Walk in Road—With Traffic
04 Walk in Road—Against Traffic
05 Stand in Roadway
86 Get on/off Vehicle
87 Push/Work on Vehicle
88 Play in Road
90 In Road—Playing
91 In Road—Working
92 Not on Road
93 Other

Event Loc.:
1 On Roadway
2 Off Roadway
3 Median
4 Driveway
5 Private Road/Property
6 In Intersection

## SEATING

Unit 1 — (seating diagram) 1 2 3 / 4 5 6 / 7 8 9 / 10 11

Other Involved Unit
(Code) 13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment

Unit 2 — (seating diagram) 1 2 3 / 4 5 6 / 7 8 9 / 10 11

Other Involved Unit
(Code) 12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment

### CODES
**SAFETY EQUIPMENT**
01 - None Installed
08 - Not Applicable
95 - Unknown
99 - Unknown (Any Type)
**Lap Belt Only**
11 - Fastened
12 - Not Fastened
**Lap/Shoulder Harness**
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used
**Motorcycle Helmet**
31 - None Used
32 - Used
**Air Bags**
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
**Child Restraints**
81 - Child Restraint Used
82 - Other Restraint Used
83 - None Used
**Pedal Cycle/Pedestrian**
91 - Contrasting Clothing
92 - Non contrasting Clothing

## VICTIMS

N/A (checked)

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Taken To / Taken By

## CODES

**Injury Type**
K - Killed
B - Bruise/Abrasion/Swelling
A - Visible or Carried from Scene
C - Not Visible—Has Pain/Faint
N - Not
B - Fully
P - Partially

**Ejected**
T - Trapped
U - Unknown
A - Not Applicable

**First Aid By**
A - Ambulance Attended
D - Doctor
M - Paramedic
O - Other
P - Police
U - Unknown
N - None

## NARRATIVE AND DIAGRAM

(NOT TO SCALE)

CARMICHAEL ROAD

TO TRINITY BLVD.

T- CARMICHAEL COURT

NORTH ARROW

Officer's Opinion of What Happened: DRIVER OF VEHICLE #2 STATED THAT SHE WAS STOPPED BEHIND TRAFFIC IN THE LEFT LANE. DRIVER OF VEHICLE #1 STATED THAT SHE WAS LOOKING AT BUILDINGS AT THE TIME. VEHICLE #1 COLLIDED INTO VEHICLE #2.

## ROADWAY ENVIRONMENT

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit

Unit 1: **1**
Unit 2: **2**

**Contributing Road Defects**
(4) None
1 1 - Shoulders Low
2 2 - Shoulders High
3 3 - Holes, Bumps, Etc.
8 8 - Other

**Surface Construction**
(1) Asphalt
2 2 - Concrete
3 3 - Brick
4 4 - Unpaved
8 8 - Other

**Condition**
(1) Dry
2 2 - Wet
3 3 - Icy
4 4 - Snowy/Slushy
5 5 - Muddy
8 8 - Other

**Accident In Or Related To Road Construction Zone?**
Yes  Yes
No  No

**Material In Roadway (Contributing)**
(1) None
2 2 - Rocks
3 3 - Trees/Limbs
4 4 - Dirt
5 5 - Gravel
6 6 - Oil/Petrol
8 8 - Other

**Material Source**
(1) Not Applicable
2 2 - Natural Environment
3 3 - Dropped From Vehicle
4 4 - Already in Road, But Fell From Vehicle
8 8 - Other
9 9 - Unknown

**Character**
(1) Straight—Level
2 2 - Straight—Down Grade
3 3 - Straight—Up Grade
4 4 - Straight—Hillcrest
5 5 - Curve—Level
6 6 - Curve—Down Grade
7 7 - Curve—Up Grade
8 8 - Curve—Hillcrest

**Vision Obscured By:**
(97) Not Obscured
2 2 - Buildings
3 3 - Signboard
4 4 - Trees, Crops, Bushes
5 5 - Blowing Snow/Sand
6 6 - Curve in Road
7 7 - Fog
8 8 - Parked Vehicle
9 9 - Moving Vehicle(s)
10 10 - Blinded by Sunlight
11 11 - Fire/Smoke
12 12 - Dust
13 13 - Blinded by Headlights
14 14 - Embankment
15 15 - Rain on Windshield
16 16 - Snow on Windshield
98 98 - Other
99 99 - Unknown

**Traffic Control**
1 1 - Police Officer
2 2 - R.R. Crossing Gates
3 3 - R.R. Flashing Lights
4 4 - R.R. Cross Bucks/Pave. Mark
(5) 5 - Pedestrian Control
(6) 6 - Traffic Signal
7 7 - Flashing Beacon
8 8 - Stop Sign
9 9 - Yield Sign
10 10 - Lane Control Device
11 11 - Flagger
12 12 - No Passing Zone
97 97 - None
98 98 - Other

**Traffic Control Functioning**
Yes  Yes
No  No
N/A  N/A

DOT Railroad Crossing No.

**Opposing Lanes Separated By:**
97 97 - None
1 1 - Paved Surface
2 2 - Unpaved Surface
3 3 - Broken Painted Line
(4) 4 - Solid Painted Line
5 5 - Concrete Barrier
6 6 - Metal Guard Rail
7 7 - Fence
98 98 - Other Barrier

**Trafficway Lanes**
1 1 - One Lane
2 2 - Two Lanes
3 3 - Three Lanes
4 4 - Four Lanes
(5) 5 - Five Lanes
6 6 - Six Lanes or More

**One-Way Street**
Yes  Yes
No  No

## INVESTIGATION

**Light**
(1) Daylight
2 - Dawn
3 - Dusk
4 - Darkness—Road Not Lit
5 - Darkness—Road Lit

**Weather**
(1) Clear
2 - Cloudy
3 - Rain
4 - Snow
5 - Sleet/Hail
6 - Crosswind
7 - Fog
8 - Other

**Locale**
1 - Open Country
2 - Residential
(3) Shop or Business
4 - Mfg. or Industrial
5 - School
6 - Playground
8 - Other

**Non-Vehicular Property Damage**
1 - None Visible
2 - Light
3 - Moderate
4 - Severe

Property Damage Description
Description: NA
Owner:
Address:

Time Police Notified: 1713 AM/PM (MT)
Time Police Arrived: 1720 AM/PM
Time EMS Arrived: NA AM/PM/MT
Name of Photographer: NA

Witness Full Name: NA
Address:
Telephone:

Witness Full Name: NA
Address:
Telephone:

Name of Investigating Officer: Cpl. S.R. Gunn
Officer ID: 158
Agency ORI: 0030100

Name of Other Investigating Officer(s) at Scene: Not
Officer ID:
Agency ORI:
Supervisor Reviewed:

The data on this report reflects my best knowledge, opinion and belief covering the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: Cpl. A.R. Gunn #158
Date: 8-26-2003