IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON LEA MANNING WAID, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )   CASE NO. 2:06-cv-171-MEF |
| | ) |
| BUDGET RENTAL CAR, INC., *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #6) filed on April 11, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before April 27, 2006. The plaintiff may file a reply brief on or before May 4, 2006.

DONE this the 12th day of April, 2006.

                                               /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE