IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON LEE MANNING WAID, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-171-MEF |
| | ) |
| REJEANA V. FREEMAN, et. al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on the United States' Motion for Enlargement of Time to File Reply Brief in Support of its Motion to Dismiss (Doc. # 10). Upon consideration, it is hereby ORDERED that the motion is GRANTED. The United States' brief on the motion to remand and the motion to dismiss must be filed on or before April 27, 2006.

DONE this the 20th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE