# DEFENDANT'S EXHIBIT A

Case 2:06-cv-00171-MEF-DRB   Document 12-2   Filed 04/27/2006   Page 1 of 9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF _____

Sharon Lea Manning-Waid, Plaintiff

v.

Rejeana V. Freeman, Defendant

Declaration of Rejeana V. Freeman

From 4 August 2003 to 12 September 2003, I was performing temporary duty in the Montgomery, Alabama area. As part of my travel orders to perform this duty, I was authorized the rental of a vehicle. (See Exhibit 1 attached, a copy of my official travel orders). I rented a 2003 Ford Taurus from Budget Rental Agency, Montgomery, Alabama. On 26 August 2003, while proceeding from Maxwell Air Force, Alabama to my off base billeting at the Fairfield Inn, I was involved in a traffic accident at Montgomery, Alabama with a person identified to me as Sharon Manning.

All of my actions in this matter were within the scope of my official Air Force duties and under color of my office as a student attending Paralegal Craftsman Course. I acted in the good faith belief that my actions were reasonable and in accordance with the law. (My report was based on the honest belief that these offenses had occurred and only to ensure Air Force property was properly safeguarded and rules and regulations were complied with.)

I declare under penalty of perjury that the foregoing is true and correct. Signed this 5th day of January, 2006, at Kadena Air Base, Japan.

REJEANA V. FREEMAN, TSgt, USAF

```
11/07/2005  01:32   6343623                 18 WG/JA                          PAGE  06/07
OCT-01-2003  14:02          55 MSS/DPM                        602 856 2212    P.04/06
```

| REQUEST AND AUTHORIZATION FOR TDY TRAVEL OF DOD PERSONNEL (Reference: Joint Travel Regulations (JTR), Chapter 3) (Read Privacy Act Statement on back before completing form.) | 1. DATE OF REQUEST (YYYYMMDD) 20031001 |
|---|---|

### REQUEST FOR OFFICIAL TRAVEL

| 2. NAME (Last, First, Middle Initial) FREEMAN REJEANA V | 3. SOCIAL SECURITY NUMBER [redacted] | 4. POSITION TITLE AND GRADE/RATING TSGT |
|---|---|---|
| 5. LOCATION OF PERMANENT DUTY STATION (PDS) LUKE AFB AZ | 6. ORGANIZATIONAL ELEMENT 56 FW | 7. DUTY PHONE NUMBER (Include Area Code) 896-6901 |
| 8. TYPE OF AUTHORIZATION CONFIRMATORY | 9. TDY PURPOSE (See JTR, Appendix H) TO ATTEND: M3ACRSJ071 001 | 10a. APPROX. NO. OF TDY DAYS (Including travel time) 45    b. PROCEED DATE (YYYYMMDD) 20030803 |

11. ITINERARY   [ ] VARIATION AUTHORIZED

FROM: LUKE AFB AZ
TO: MAXWELL AFB AL
RETURN TO: LUKE AFB AZ

12. TRANSPORTATION MODE

| a. COMMERCIAL | | | | b. GOVERNMENT | | | c. LOCAL TRANSPORTATION | | | PRIVATELY OWNED CONVEYANCE (Check one) |
|---|---|---|---|---|---|---|---|---|---|---|
| RAIL | AIR | BUS | SHIP | AIR | VEHICLE | SHIP | CAR RENTAL | TAXI | OTHER | RATE PER MILE |

[ ] AS DETERMINED BY APPROPRIATE TRANSPORTATION OFFICER (Overseas Travel only)
[ ] ADVANTAGEOUS TO THE GOVERNMENT
[ ] MILEAGE REIMBURSEMENT AND PER DIEM IS LIMITED TO CONSTRUCTED COST OF COMMON CARRIER TRANSPORTATION AND PER DIEM AS DETERMINED AND TRAVEL TIME AS LIMITED PER JTR

13. a. [X] PER DIEM AUTHORIZED IN ACCORDANCE WITH JTR   b. [ ] OTHER RATE OF PER DIEM (Specify)

14. ESTIMATED COST

| a. PER DIEM $2,105.00 | b. TRAVEL $676.00 | c. OTHER $ | d. TOTAL $2,781.00 | 15. ADVANCE AUTHORIZED $ |
|---|---|---|---|---|

16. REMARKS (Use this space for special requirements, leave, excess baggage, accommodations, registration fees, etc.)
THE FOLLOWING ITEMS APPLY TO TTS ORDER BACK DATED 25 APR 02: 1A,2,3A,4, 5D,7,10,11,13,15,16,17&19. PERSTEMPO CODE 1. ATTN TMO: THIS FUND CITE DOES NOT PAY FOR HOUSEHOLD GOODS STORAGE/SHIPPING. REPORT NLT 1 DAY PRIOR TO CSD TO BASE BILLETING OFFICE BLDG 157 FOR BILLETING ASSIGNMENT. REPORT TO BLDG 694, RM 122 AT 0730 ON CSD. UNIFORM IS SHORT SLEEVED BLUE SHIRT WITH OR WITHOUT TIE TAB. ONE SET OF BDUS IS REQUIRED. MBR AUTH A UNIT FUNDED RENTAL CAR WHILE TDY FROM 11 AUG -16 SEP 03 ESTIMATED COST: $1217.60;

CRS TITLE: PROVISIONAL PARALEGAL CRAFTSMAN COURSE
TLN: LY03301648    CSD: 04AUG03    CGD: 15SEP03    TROL: AMT7
PDS CODE: 589    CLS ID: 2003B    SECURITY CLEARANCE: SECRET

PAS: LY0JFD3T    DOS: 10 NOV 07    TDY ADSC: 0 MOS

17. TRAVEL REQUESTING OFFICIAL (Title and signature)

18. TRAVEL APPROVING/DIRECTING OFFICIAL (Title and signature)
TONYA L. MENDENHALL, TSGT, USAF
NCOIC, OUTBOUND ASSIGNMENTS

### AUTHORIZATION

19. ACCOUNTING CITATION
DEPARTMENT OF THE AIR FORCE
56 MISSION SUPPORT SQUADRON
LUKE AIR FORCE BASE, AZ 85309

This fund cite does not pay for household good storage/shipping
57 3400 303 64ET 1408 A 0 3409 660700
UNIT FUND CITE: 523 3400 303 6429 201020 0) 409 660700
PSR: 081450    FSR: 002177

TDN: FOR THE COMMANDER

Beatrice Finoma
Certifying Official

20. AUTHORIZING/ORDER ISSUING OFFICIAL (Title and signature)
KYLENE M. STELMA, 1LT, USAF
CHIEF, PERSONNEL RELOCATIONS AND EMPLOYMENT

21. DATE ISSUED (YYYYMMDD) OCT 0 6 2003

22. TRAVEL AUTHORIZATION NUMBER SA0733

DD FORM 1610, MAY 2003    PREVIOUS EDITION IS OBSOLETE.

Attachment 1 to Exhibit A

# UNIVERSITY INN

## CONTRACT LODGING

## AUTHORIZATION SHEET

**FREEMAN, TSGT REJEANA**   is authorized to be lodged at the   **FAIRFIELD INN ($57.0**

Hotel for the period of   8/3/2003   for   34   nights at the

rate of $ 57.00 per night for a total cost of $ 1938.00

Any change to hotel or number of nights must be authorized by the lodging operation.

Please contact our front desk at _____ .

_Signature_
_____
**Desk Clerk Signature**

8/7/2003
_____
**Date**

**Guest Account #:**   153196

Attachment 2 to Exhibit A



**AIR FORCE INNS**

## UNIVERSITY INN
100 SOUTH TURNER BLVD
GUNTER ANNEX, AL 36114

**FOLIO**
Account: 154021
Arrival: 09/06/03
Departure: 09/17/03
Room: 7255
Rate: $21.00

**FREEMAN, TSGT REJEANA**

LUKE A F B, AZ 85309

| DATE | ITEM | DESCRIPTION | COMMENT | DEBIT | CREDIT |
|---|---|---|---|---|---|
| 09/06/03 | 1 | ROOM CHARGES | #7255 FREEMAN, TSGT REJEANA | 21.00 | |
| 09/07/03 | 2 | ROOM CHARGES | #7255 FREEMAN, TSGT REJEANA | 21.00 | |
| 09/08/03 | 3 | ROOM CHARGES | #7255 FREEMAN, TSGT REJEANA | 21.00 | |
| 09/09/03 | 4 | ROOM CHARGES | #7255 FREEMAN, TSGT REJEANA | 21.00 | |
| 09/10/03 | 5 | ROOM CHARGES | #7255 FREEMAN, TSGT REJEANA | 21.00 | |
| 09/11/03 | 6 | ROOM CHARGES | #7255 FREEMAN, TSGT REJEANA | 21.00 | |
| 09/12/03 | 7 | ROOM CHARGES | #7255 FREEMAN, TSGT REJEANA | 21.00 | |
| 09/13/03 | 8 | ROOM CHARGES | #7255 FREEMAN, TSGT REJEANA | 21.00 | |
| 09/14/03 | 9 | ROOM CHARGES | #7255 FREEMAN, TSGT REJEANA | 21.00 | |
| 09/15/03 | 10 | VISA PAYMENT | VISA PAYMENT | | (210.00) |

**BALANCE DUE:** (21.00)

*\*\* Signature required for refunds only*

*[handwritten]* $231.00 Total

Guest Signature: _____    Clerk Signature: _____



**FAIRFIELD INN BY MARRIOTT-MONTGOMERY**
5601 CARMICHAEL ROAD
MONTGOMERY, AL 36117
334-270-0007

Page: 1
Date: 9/6/03

Arrival: 8/3/03
Departure: 9/6/03

Guest Name: FREEMAN, REJEANA
Address:
Mbr. ID:
Level:
Room: 337
Folio Id: 89323 - 2A5
Plan: AAAU

| Date | Description | Reference | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 8/3/03 | Visa | XXXXXXXXXXXX2579 TLM 1ST W | $0.00 | -$450.00 | -$450.00 |
| 8/3/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | -$393.00 |
| 8/3/03 | State Tax | Room 337 | $2.28 | $0.00 | -$390.72 |
| 8/3/03 | City Tax | Room 337 | $4.85 | $0.00 | -$385.87 |
| 8/4/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | -$328.87 |
| 8/4/03 | State Tax | Room 337 | $2.28 | $0.00 | -$326.59 |
| 8/4/03 | City Tax | Room 337 | $4.85 | $0.00 | -$321.74 |
| 8/5/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | -$264.74 |
| 8/5/03 | State Tax | Room 337 | $2.28 | $0.00 | -$262.46 |
| 8/5/03 | City Tax | Room 337 | $4.85 | $0.00 | -$257.61 |
| 8/6/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | -$200.61 |
| 8/6/03 | State Tax | Room 337 | $2.28 | $0.00 | -$198.33 |
| 8/6/03 | City Tax | Room 337 | $4.85 | $0.00 | -$193.48 |
| 8/7/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | -$136.48 |
| 8/7/03 | State Tax | Room 337 | $2.28 | $0.00 | -$134.20 |
| 8/7/03 | City Tax | Room 337 | $4.85 | $0.00 | -$129.35 |
| 8/8/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | -$72.35 |
| 8/8/03 | State Tax | Room 337 | $2.28 | $0.00 | -$70.07 |
| 8/8/03 | City Tax | Room 337 | $4.85 | $0.00 | -$65.22 |
| 8/9/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | -$8.22 |
| 8/9/03 | State Tax | Room 337 | $2.28 | $0.00 | -$5.94 |
| 8/9/03 | City Tax | Room 337 | $4.85 | $0.00 | -$1.09 |
| 8/10/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | $55.91 |
| 8/10/03 | State Tax | Room 337 | $2.28 | $0.00 | $58.19 |
| 8/10/03 | City Tax | Room 337 | $4.85 | $0.00 | $63.04 |



**FAIRFIELD INN BY MARRIOTT-MONTGOMERY**
5601 CARMICHAEL ROAD
MONTGOMERY, AL 36117
334-270-0007

Page: 2
Date: 9/6/03

Arrival: 8/3/03
Departure: 9/6/03

Guest Name: FREEMAN, REJEANA
Address:

Mbr. ID:
Level:

Room: 337
Folio Id: 89323 - 2A5
Plan: AAAU

| Date | Description | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|
| 8/11/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $120.04 |
| 8/11/03 | State Tax | Room 337 | $2.28 | $0.00 | $122.32 |
| 8/11/03 | City Tax | Room 337 | $4.85 | $0.00 | $127.17 |
| 8/12/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $184.17 |
| 8/12/03 | State Tax | Room 337 | $2.28 | $0.00 | $186.45 |
| 8/12/03 | City Tax | Room 337 | $4.85 | $0.00 | $191.30 |
| 8/13/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $248.30 |
| 8/13/03 | State Tax | Room 337 | $2.28 | $0.00 | $250.58 |
| 8/13/03 | City Tax | Room 337 | $4.85 | $0.00 | $255.43 |
| 8/14/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $312.43 |
| 8/14/03 | State Tax | Room 337 | $2.28 | $0.00 | $314.71 |
| 8/14/03 | City Tax | Room 337 | $4.85 | $0.00 | $319.56 |
| 8/15/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $376.56 |
| 8/15/03 | State Tax | Room 337 | $2.28 | $0.00 | $378.84 |
| 8/15/03 | City Tax | Room 337 | $4.85 | $0.00 | $383.69 |
| 8/16/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $440.69 |
| 8/16/03 | State Tax | Room 337 | $2.28 | $0.00 | $442.97 |
| 8/16/03 | City Tax | Room 337 | $4.85 | $0.00 | $447.82 |
| 8/17/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $504.82 |
| 8/17/03 | State Tax | Room 337 | $2.28 | $0.00 | $507.10 |
| 8/17/03 | City Tax | Room 337 | $4.85 | $0.00 | $511.95 |
| 8/18/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $568.95 |
| 8/18/03 | State Tax | Room 337 | $2.28 | $0.00 | $571.23 |
| 8/18/03 | City Tax | Room 337 | $4.85 | $0.00 | $576.08 |
| 8/19/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $633.08 |
| 8/19/03 | State Tax | Room 337 | $2.28 | $0.00 | $635.36 |

17



Page: 3
Date: 9/6/03

FAIRFIELD INN BY MARRIOTT-MONTGOMERY
5601 CARMICHAEL ROAD
MONTGOMERY, AL 36117
334-270-0007

Arrival: 8/3/03
Departure: 9/6/03

Guest Name: FREEMAN, REJEANA
Address:
Mbr. ID:
Level:
Room: 337
Folio Id: 89323 - 2A5
Plan: AAAU

| Date | Description | Reference | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 8/19/03 | City Tax | Room 337 | $4.85 | $0.00 | $640.21 |
| 8/20/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $697.21 |
| 8/20/03 | State Tax | Room 337 | $2.28 | $0.00 | $699.49 |
| 8/20/03 | City Tax | Room 337 | $4.85 | $0.00 | $704.34 |
| 8/21/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $761.34 |
| 8/21/03 | State Tax | Room 337 | $2.28 | $0.00 | $763.62 |
| 8/21/03 | City Tax | Room 337 | $4.85 | $0.00 | $768.47 |
| 8/22/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $825.47 |
| 8/22/03 | State Tax | Room 337 | $2.28 | $0.00 | $827.75 |
| 8/22/03 | City Tax | Room 337 | $4.85 | $0.00 | $832.60 |
| 8/23/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $889.60 |
| 8/23/03 | State Tax | Room 337 | $2.28 | $0.00 | $891.88 |
| 8/23/03 | City Tax | Room 337 | $4.85 | $0.00 | $896.73 |
| 8/24/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $953.73 |
| 8/24/03 | State Tax | Room 337 | $2.28 | $0.00 | $956.01 |
| 8/24/03 | City Tax | Room 337 | $4.85 | $0.00 | $960.86 |
| 8/25/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $1,017.86 |
| 8/25/03 | State Tax | Room 337 | $2.28 | $0.00 | $1,020.14 |
| 8/25/03 | City Tax | Room 337 | $4.85 | $0.00 | $1,024.99 |
| 8/26/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $1,081.99 |
| 8/26/03 | State Tax | Room 337 | $2.28 | $0.00 | $1,084.27 |
| 8/26/03 | City Tax | Room 337 | $4.85 | $0.00 | $1,089.12 |
| 8/27/03 | Visa | XXXXXXXXXXXX2579 JLP | $0.00 | -$1,089.12 | $0.00 |
| 8/27/03 | Regular Room Charge | Room 337 | ✓$57.00 | $0.00 | $57.00 |
| 8/27/03 | State Tax | Room 337 | $2.28 | $0.00 | $59.28 |
| 8/27/03 | City Tax | Room 337 | $4.85 | $0.00 | $64.13 |



Page: 4
Date: 9/6/03

FAIRFIELD INN BY MARRIOTT-MONTGOMERY
5601 CARMICHAEL ROAD
MONTGOMERY, AL 36117
334-270-0007

Arrival: 8/3/03
Departure: 9/6/03

Guest Name: FREEMAN, REJEANA   Mbr. ID:        Room: 337
Address:                        Level:         Folio Id: 89323 - 2A5
                                               Plan: AAAU

| Date | Description | | Charge | Credit | Balance |
|---|---|---|---|---|---|
| 8/28/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | $121.13 |
| 8/28/03 | State Tax | Room 337 | $2.28 | $0.00 | $123.41 |
| 8/28/03 | City Tax | Room 337 | $4.85 | $0.00 | $128.26 |
| 8/29/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | $185.26 |
| 8/29/03 | State Tax | Room 337 | $2.28 | $0.00 | $187.54 |
| 8/29/03 | City Tax | Room 337 | $4.85 | $0.00 | $192.39 |
| 8/30/03 | Dry Cleaning | DRY CLEANING | $4.78 | $0.00 | $197.17 |
| 8/30/03 | Cash | PAYMENT FOR DRY CLEANING | $0.00 | -$4.78 | $192.39 |
| 8/30/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | $249.39 |
| 8/30/03 | State Tax | Room 337 | $2.28 | $0.00 | $251.67 |
| 8/30/03 | City Tax | Room 337 | $4.85 | $0.00 | $256.52 |
| 8/31/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | $313.52 |
| 8/31/03 | State Tax | Room 337 | $2.28 | $0.00 | $315.80 |
| 8/31/03 | City Tax | Room 337 | $4.85 | $0.00 | $320.65 |
| 9/1/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | $377.65 |
| 9/1/03 | State Tax | Room 337 | $2.28 | $0.00 | $379.93 |
| 9/1/03 | City Tax | Room 337 | $4.85 | $0.00 | $384.78 |
| 9/2/03 | Dry Cleaning | DRY CLEANING | $8.04 | $0.00 | $392.82 |
| 9/2/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | $449.82 |
| 9/2/03 | Rebate State Tax | Room 337 | $0.00 | -$68.40 | $381.42 |
| 9/2/03 | Rebate City Tax | Room 337 | $0.00 | -$145.50 | $235.92 |
| 9/3/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | $292.92 |
| 9/4/03 | Cash | PD CASH FOR CLEANING | $0.00 | -$8.04 | $284.88 |
| 9/4/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | $341.88 |
| 9/5/03 | Regular Room Charge | Room 337 | $57.00 | $0.00 | $398.88 |
| 9/6/03 | Visa | XXXXXXXXXXXX2579 TLM | $0.00 | -$398.88 | $0.00 |

34